|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | UNITED STATES DISTRICT COURT | |
| 6 | EASTERN DISTRICT OF WASHINGTON | |
| 7 | DUNCAN J. McNEIL, ) | |
| 8 | ) | |
| 9 | ) Plaintiff, ) | No. CV-05-388-AAM |
| 10 | ) vs. ) | |
| 11 | ) | **ORDER OF DISMISSAL** |
| 12 | ) ) | |
| 13 | ) UNITED STATES, et al., ) | |
| 14 | ) ) | |
| 15 | ) Defendants. ) | |
| 16 | ) | |

This action was transferred here from the Western District of Lousiana.[1] It is largely identical to other actions which have been filed in other districts in an effort to circumvent the undersigned's pre-filing review order and a subsequent order barring plaintiff from proceeding *in forma pauperis* on any matter. For reasons already set forth in the orders of dismissal entered in those other actions (Ct. Rec. 5 in CV-05-200-AAM; Ct. Rec. 8 in 05-211-AAM; Ct. Rec. 6 in 05-218-AAM; Ct. Rec. 13 in 05-249-AAM; Ct. Rec. 6 in 05-263-AAM; Ct. Rec. 8 in 05-281-AAM; Ct. Rec. 6 in 05-291-AAM; Ct. Rec. 8 in 05-295-AAM; and Ct. Rec. 12 in 05-304-AAM), this action is also **DISMISSED with prejudice**.

Plaintiff shall not be allowed to file any further documents in the captioned matter, with

---

[1] Just recently, this court received notice that the Eastern District of Louisiana had dismissed a similar action filed by plaintiff, finding that dismissal was the appropriate route as opposed to transferring the action to the Eastern District of Washington.

**ORDER OF DISMISSAL -** 1

Dockets.Justia.com

1 the exception of a Notice of Appeal to the Ninth Circuit Court of Appeals.  If plaintiff chooses to
2 appeal, this order serves as this court's notice that the appeal is not taken in good faith and will
3 not be certified for appeal by this court. 28 U.S.C. §1915(3) and Fed. R. App. P. 24(a).  The
4 effect of this is that this court will not allow plaintiff to proceed *in forma pauperis* on appeal, nor
5 appoint him counsel on appeal.

6     **IT IS SO ORDERED**.  The District Executive shall enter judgment accordingly and
7 forward a copy of the judgment and this order to plaintiff McNeil, and CLOSE the file.

8     **DATED** this   22nd   of December, 2005.

    s/ Alan A. McDonald
    ALAN A. McDONALD
    Senior United States District Judge

**ORDER OF DISMISSAL -**      2