UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| DUNCAN J. McNEIL, | ) | |
| | ) | |
| Plaintiff, | ) | No.  CV-05-388-AAM |
| vs. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| | ) | |
| UNITED STATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This action was transferred here from the Western District of Lousiana.[1]  It is largely identical to other actions which have been filed in other districts in an effort to circumvent the undersigned's pre-filing review order and a subsequent order barring plaintiff from proceeding *in forma pauperis* on any matter.  For reasons already set forth in the orders of dismissal entered in those other actions (Ct. Rec. 5 in CV-05-200-AAM; Ct. Rec. 8 in 05-211-AAM; Ct. Rec. 6 in 05-218-AAM; Ct. Rec. 13 in 05-249-AAM; Ct. Rec. 6 in 05-263-AAM; Ct. Rec. 8 in 05-281-AAM; Ct. Rec. 6 in 05-291-AAM; Ct. Rec. 8 in 05-295-AAM; and Ct. Rec. 12 in 05-304-AAM), this action is also **DISMISSED with prejudice**.

Plaintiff shall not be allowed to file any further documents in the captioned matter, with

---

[1]  Just recently, this court received notice that the Eastern District of Louisiana had dismissed a similar action filed by plaintiff, finding that dismissal was the appropriate route as opposed to transferring the action to the Eastern District of Washington.

**ORDER OF DISMISSAL -**            **1**

1  the exception of a Notice of Appeal to the Ninth Circuit Court of Appeals. If plaintiff chooses to
2  appeal, this order serves as this court's notice that the appeal is not taken in good faith and will
3  not be certified for appeal by this court. 28 U.S.C. §1915(3) and Fed. R. App. P. 24(a). The
4  effect of this is that this court will not allow plaintiff to proceed *in forma pauperis* on appeal, nor
5  appoint him counsel on appeal.
6      **IT IS SO ORDERED**. The District Executive shall enter judgment accordingly and
7  forward a copy of the judgment and this order to plaintiff McNeil, and CLOSE the file.
8      **DATED** this   22nd   of December, 2005.

                   s/ Alan A. McDonald
                    ALAN A. McDONALD
                 Senior United States District Judge

**ORDER OF DISMISSAL -            2**